IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MARTHA A. COOK and ) | |
| KENNETH W. COOK, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CIVIL NO: 1:07CV-108 |
| ) | Judge: Collier |
| ) | Magistrate Judge: Lee |
| STATE FARM MUTUAL AUTO ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

Comes now the Defendant, by and through their counsel of record and would submit this Notice of Filing. The parties have entered into an Order of Dismissal in this matter. A Proposed Order is attached to this filing.

    s/*Gareth S. Aden*
Gareth S. Aden, Esq., #2371
Mary Beth Hagan, Esq., #22109
GULLETT, SANFORD, ROBINSON
  & MARTIN, PLLC
315 Deaderick Street, Suite 1100
P. O. Box 198888
Nashville, TN 37219-8888
gaden@gsrm.com; mbhagan@gsrm.com
(615) 244-4994

ATTORNEYS FOR STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 2, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Christopher D. Markel, Esq.
Duncan & Hatcher, P.C.
701 Market Street, Suite 1000
Chattanooga, TN 37402

                *s/Gareth S. Aden*

327666.1/2007689