# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | |
|---|---|
| MARTHA A. COOK and KENNETH W. COOK, ) ) ) **Plaintiffs,** ) v. ) ) ) STATE FARM MUTUAL AUTO ) INSURANCE COMPANY, ) ) **Defendant.** ) | CIVIL NO: 1:07CV-108 Judge: Collier Magistrate Judge: Lee |

## PROPOSED ORDER OF DISMISSAL

It appearing to the Court, as evidenced below by the signatures of counsel for the respective parties, that the parties have reached and consummated a complete settlement of all controversies in this suit and that, therefore, it is just and proper that this suit be dismissed, with prejudice, all of which appears proper to this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that this case be, and hereby is, dismissed with prejudice.

This _____ day of October, 2007.

_____
HONORABLE CURTIS L. COLLIER

APPROVED FOR ENTRY:


**s/Christopher D. Markel with permission**
**Gareth S. Aden**
Christopher D. Markel
Duncan & Hatcher, P.C.
701 Market Street, Suite 1000
Chattanooga, TN 37402

ATTORNEYS FOR PLAINTIFFS


**s/ Gareth S. Aden**
Gareth S. Aden, Esq., #2371
Mary Beth Hagan, Esq., #22109
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
315 Deaderick Street, Suite 1100
P. O. Box 198888
Nashville, TN 37219-8888
gaden@gsrm.com; mbhagan@gsrm.com
(615) 244-4994

ATTORNEYS FOR STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY


## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Christopher D. Markel, Esq.
Duncan & Hatcher, P.C.
701 Market Street, Suite 1000
Chattanooga, TN 37402


                                              **s/ Gareth S. Aden**

327458.1/2007689

2